In the United States District Court Circuit 11
Middle district of Florida
Federal Court

ALBERT KALNAY                    (
                                 (      3:23-cv-691-BJD-MCR
       Plaintiff,                (
                                 (
                                 (
v.                               (
                                 (      300 North Hogan Street.
                                 (      Jacksonville, Florida 32202
Bill Pickens County Commissioner, District 1,  (
       Defendant,
2509 Crill Ave., Suite 200, palatka, fl, 32177 (
_____(

FILED 2023 JUN 12 PM 2:08 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA

<u>Class Action Malicious Prosecution</u>

1. On about March, 09, 2022 **Albert Kalnay** is appears to the court house located in St. John County to the civil division in connection to a lawsuit in Palatka. Once in this facility giving the identification he is being told that appears in the their system but not in the civil division. Meantime, he reach home curiously, check in the official records web page of the court, apparently a unmatched report docket 90001850CFMB, number with the name **albert Ayala** spelled incorrectly, together with his personal information non-explained trial with a verdict was taken. Meanwhile, this plaintiff litigiously presented demurrers answering appropriately to the court. More over, detailed a guilty plead for unlawfull possession of drugs, lift up the warrant issued and some other not detailed, the law enforcement along with the court took a *unreasonable determination to false arrest the defendant*. Accepted by the court of st. John of False Imprisonment, the court reconsider and withheld the adjudication of guilt.

2. Meanwhile, in a secret court case with no docket number or fail to serve this plaintiff a forgerous criminal case with some vague charges is file without reasonableness and probable cause with prejudice.

3. Obviously, the Court Erroneously genuelly believes that this plaintiff have some pending crime already being resolved outside Florida. Clearly, Scranton authorities or general population make a fictitious facts that confuse this authorities with a frivolous file **04-CA-171036** being brought against this plaintiff as an aggrieved party in this suit. Likewise, the community of Ormon beach from a factory.

4. Located in the apps.stjhonsclerk.com describe the status of this plaintiff as ARREST in connection with **0 Citations, Warrant attached booking Sheet (SVD 7-29-94), Warrant ISSUED, Arrest Report (CF90-1857) 091390/CS, Arrest Report (CF90-1854, 1855) 091390/CS.** *Often, similarly some type of forgery imprudently took place in Palatka Courthouse because in their websites doesn't appear a dockets number for a criminal case against this plaintiff and the person is never being served incautiously.(italics added)*

5. Damages must be awarded accordingly by this intentional Tort, Malicious Prosecution.

6. This statements are true & correct accordingly by the law governing perjuries.

Respectfully subtmited,

541 PO Box
SAN Mateo,
FL, 32187

Dated: 6/12/2023